RECEIVED
NOV 0 5 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TERRY WAYNE JONES | CIVIL ACTION NO. 10-1619-P |
| VERSUS | JUDGE WALTER |
| STATE OF LOUISIANA, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's claims against the State of Louisiana be **DISMISSED WITHOUT PREJUDICE** because this court lacks subject matter jurisdiction. **IT IS FURTHER ORDERED** that Plaintiff's claims against Buddy Caldwell, Bobby Jindal, and the Ouachita Parish Sheriff's Office be **DISMISSED WITH PREJUDICE** for failure to state a claim for which relief may be granted. **IT IS FURTHER ORDERED** that Plaintiff's civil rights claims seeking monetary compensation for his April 27, 2010 probation revocation and possession of a firearm by a convicted felon conviction and sentence be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) until such time as the Heck conditions are met.

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 3 of November, 2013

Donald E. Walter